**Dismissed and Memorandum Opinion filed January 24, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00804-CV

## CHRISTOPHER DARKINS, PAULA DARKINS, GREGORY DARKINS, AND CICAP CAPITAL GROUP TRUST, Appellants

### V.

## RACHEL CLENTWORTH, Appellee

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2018-15040**

## M E M O R A N D U M     O P I N I O N

This appeal is from a judgment signed September 10, 2018. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On, November 16, 2018, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen

days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.